# Exhibit A

Subject: **Please DocuSign: HITSMAN, JACK.pdf**
Date: 7/21/2020 9:47:00 AM Eastern Standard Time
From: dse_NA3@docusign.net
Reply To: customerservice@paymentgroup.net
To: 

# DocuSign

Customer Service sent you a document to review and sign.

## REVIEW DOCUMENT

**Customer Service**
customerservice@paymentgroup.net

PLEASE READ AND SIGN THE ATTACHED DOCUMENT.

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
4E962CA1EDED4959B3E45128C8087EC63

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**

Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

 Download the DocuSign App

This message was sent to you by Customer Service who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

# LSA

### 1(855) 209-3887
### 1(888) 640-1843 Fax

July 21, 2020

Case Number: WT943025
Account Number: 30000126154111000
Creditor: SANTANDER

**JACK L HITSMAN**



## Payment Authorization Form

Schedule your payment to be automatically deducted from your bank account or charged to your Visa or MasterCard. Just complete and sign this form to get started!

Please complete the information below:

I, _____JACK L HITSMAN_____ authorize LSA to receive my payment indicated below for the scheduled payment amount(s) on the scheduled date(s).

Payment/s Scheduled As Follows: **FOR SETTLEMENT**

Amount Paid: $75.00 on 07/20/20

Payments Pending: (3) Payments of $808.33 on 08/03/20, 08/17/20, and 08/31/20

Payment Method: VISA _____

*************************************

I understand that this authorization will remain in effect until I cancel it in writing and agree to notify LSA in writing of any changes to my account information or termination of this authorization at least 10 days prior to the next billing date.

Authorization form according to the terms outlined above. I understand that this authorization will remain in effect unless I cancel it in writing prior to the scheduled payment date using the LSA Customer service email address listed below. Cancellation is not allowed on the day of the transaction. I understand failure to comply with the company's cancellation policy will result in the transaction being final. Furthermore, I understand that once the transaction has been processed there will be no refunds given.

Here's How Recurring Payments Work: You authorize regularly scheduled charges to your checking/savings account or credit card. You will be charged the amount indicted below each billing period. A receipt for each payment will be mailed to you and the charge will appear on your bank statement as LSA. You agree that no prior notification will be provided unless the date or amount changes, in which case you will receive notice from us at least 10 days prior to the payment being collected.

I certify that I am the owner of the above stated debt and that I am in default of this debt and agree to repay this outstanding debt according to the mutual and agreeable arrangements and terms established with LSA. I certify that I am an authorized user of this credit card and that I acknowledge that the agreement made with LSA was made through a telephone transaction and I acknowledge that I was made aware that all calls are monitored and recorded. I will not dispute the payment with my credit card company, provided the transactions correspond to the terms indicated in this authorization form. I also acknowledge that I understand and accept LSA refund and cancellation policy as listed above.

Signature: _____   Date: _____

This is an attempt to collect a debt and any information obtained will be used for that purpose

We appreciate your corporation,

LSA



## Certificate Of Completion

Envelope Id: 47F98B7B25BE4DB68E0012C02B582BAA
Subject: Please DocuSign: HITSMAN, JACK.pdf
Source Envelope:
Document Pages: 1         Signatures: 0
Certificate Pages: 4      Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Delivered

Envelope Originator:
Customer Service
1 CS
1 CS
FORT MILL, SC  29715
customerservice@paymentgroup.net
IP Address: 70.63.227.186

## Record Tracking

Status: Original
    7/21/2020 6:45:46 AM

Holder: Customer Service
    customerservice@paymentgroup.net

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| JACK L HITSMAN | | Sent: 7/21/2020 6:46:56 AM |
| ███████████████ | | Viewed: 7/21/2020 7:20:12 AM |
| Security Level: Email, Account Authentication (None) | | |
| Electronic Record and Signature Disclosure: Accepted: 7/21/2020 7:20:12 AM  ID: beb50d30-fcf5-486c-8b3c-1dd5d23ba8ca | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/21/2020 6:46:56 AM |
| Certified Delivered | Security Checked | 7/21/2020 7:20:12 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

Electronic Record and Signature Disclosure

# ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Payment Group (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

### How to contact Payment Group:

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: customerservice@paymentgroup.net

### To advise Payment Group of your new email address

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at customerservice@paymentgroup.net and in the body of such request you must state: your previous email address, your new email address. We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

### To request paper copies from Payment Group

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to customerservice@paymentgroup.net and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

### To withdraw your consent with Payment Group

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to customerservice@paymentgroup.net and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

### Required hardware and software

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

### Acknowledging your access and consent to receive and sign documents electronically

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Payment Group as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Payment Group during the course of your relationship with Payment Group.